# Order

Michigan Supreme Court
Lansing, Michigan

November 29, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132120

ODESSA HALLMAN, Personal
Representative of the Estate of LEONARD
HALLMAN, JR., Deceased,
             Plaintiff-Appellant,

v

HOLY CROSS HOSPITAL OF DETROIT,
d/b/a ST. JOHN NORTHEAST COMMUNITY
HOSPITAL, NADIMPALLI RAJU, M.D.,
COMMUNITY CASE MANAGEMENT,
and ESSIE L. MOORE, MSW,
             Defendants-Appellees,

and

LATHAM ADULT FOSTER CARE HOME, L.L.C.,
             Defendant.
_____/

SC: 132120
COA: 262527
Wayne CC: 03-310847-NI

On order of the Court, the application for leave to appeal the August 10, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

Clerk

d1120